

A2F 003471 0JM001 K2 0000400089 1

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 09/27/2009
Pay Date: 10/02/2009

Taxable Marital Status:
Exemptions/Allowances:
Federal: 0
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 27,960.27 |
| Overtime | 34.6200 | 1.25 | 43.28 | |
| Prem Overtime | | | 3.03 | 257.55 |
| Prem Regular | | | 64.80 | 1,954.20 |
| Holiday | | | | 1,536.08 |
| Personal | | | | 450.48 |
| Special | | | | 1,115.88 |
| Vacation | | | | 1,911.48 |
| Gross Pay | | | $1,034.31 | 55,755.66 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.96 | 26.24 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -101.35 | 7,369.07 |
| | Social Security Tax | -64.19 | 3,458.48 |
| | Medicare Tax | -15.01 | 808.84 |
| | PA State Income Tax | -31.75 | 1,711.63 |
| | Norristown B Income Tax | -10.34 | 557.59 |
| | PA SUI/SDI Tax | -0.62 | 33.45 |
| | **Other** | | |
| | Checking | -706.05 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,034.31

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000400089
Pay date: 10/02/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $706.05 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JM001 | K2 | 0000420088 | 1 |

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

# Earnings Statement

Period Ending: 10/11/2009
Pay Date: 10/16/2009

Taxable Marital Status:
Exemptions/Allowances:
Federal: 0
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 29,806.67 |
| Overtime | 34.6200 | 6.27 | 217.07 | |
| Prem Overtime | | | 0.65 | 288.93 |
| Prem Regular | | | 25.92 | 2,044.92 |
| Holiday | | | | 1,536.08 |
| Personal | | | | 450.48 |
| Special | | | | 1,115.88 |
| Vacation | | | | 1,911.48 |
| Gross Pay | | | $1,166.84 | 58,380.21 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -121.23 | 7,655.45 |
| | Social Security Tax | -72.40 | 3,621.32 |
| | Medicare Tax | -16.93 | 846.92 |
| | PA State Income Tax | -35.82 | 1,792.20 |
| | Norristown B Income Tax | -11.67 | 583.84 |
| | PA SUI/SDI Tax | -0.70 | 35.03 |
| | **Other** | | |
| | Checking | -803.09 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.96 | 28.16 |

Your federal taxable wages this period are $1,166.84

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000420088
Pay date: 10/16/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | XXXXXXXXX1599 | XXXX XXXX | $803.09 |
| | xx0918 | XXXX XXXX | $105.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 10/25/2009
Pay Date: 10/30/2009

Taxable Marital Status:
Exemptions/Allowances:
Federal: 0
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 31,652.38 |
| Overtime | 34.6200 | 1.85 | 64.05 | |
| Prem Overtime | | | 4.48 | 298.98 |
| Prem Regular | | | 64.80 | 2,174.47 |
| Holiday | | | | 1,536.08 |
| Personal | | | | 450.48 |
| Special | | | | 1,115.88 |
| Vacation | | | | 1,911.48 |
| **Gross Pay** | | | **$1,056.53** | 60,509.20 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.96 | 30.08 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -104.68 | 7,867.20 |
| | Social Security Tax | -65.57 | 3,753.44 |
| | Medicare Tax | -15.33 | 877.82 |
| | PA State Income Tax | -32.44 | 1,857.56 |
| | Norristown B Income Tax | -10.57 | 605.13 |
| | PA SUI/SDI Tax | -0.64 | 36.31 |
| | **Other** | | |
| | Checking | -722.30 | |
| | Checking | -105.00 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $1,056.53

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, Inc

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

**Advice number:** 00000440088
Pay date: 10/30/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | XXXXXXXXX1599 | XXXX XXXX | $722.30 |
| | xx0918 | XXXX XXXX | $105.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

03/31/2010 17:37 6102651482 JOHN MIDDLETON CO PAGE 01

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 068 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JM001 | K2 | 0000530089 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 12/27/2009
Pay Date: 12/30/2009

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 4.00 | 92.32 | 38,299.42 |
| Overtime | 34.6200 | .28 | 9.69 | |
| Holiday | 23.0800 | 16.00 | 369.28 | 2,274.64 |
| Prem Overtime | | | 0.68 | 448.63 |
| Prem Regular | | | 6.48 | 2,641.03 |
| Vacation | 23.0800 | 20.00 | 461.60 | 2,834.68 |
| Personal | | | | 450.48 |
| Special | | | | 1,115.88 |
| Gross Pay | | | $940.05 | 72,249.70 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.96 | 38.72 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -87.21 | 9,125.42 |
| | Social Security Tax | -58.34 | 4,481.88 |
| | Medicare Tax | -13.64 | 1,048.18 |
| | PA State Income Tax | -28.86 | 2,218.00 |
| | Norristown B Income Tax | -9.40 | 722.53 |
| | PA SUI/SDI Tax | -0.56 | 43.35 |
| | **Other** | | |
| | Checking | -637.04 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $940.05

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000530089
Pay date: 12/30/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $637.04 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR. NO. 0##
A2F 003471 0JM001 K2 00000 0086 1

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 01/03/2010
Pay Date: 01/08/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

Social Security Number: XXX-XX-3840

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 23.0800 | 16.00 | 369.28 | 369.28 |
| Vacation | 23.0800 | 24.00 | 553.92 | 553.92 |
| Gross Pay | | | $923.20 | 923.20 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -88.48 | 88.48 |
| | Social Security Tax | -57.30 | 57.30 |
| | Medicare Tax | -13.40 | 13.40 |
| | PA State Income Tax | -28.34 | 28.34 |
| | Norristown B Income Tax | -9.23 | 9.23 |
| | PA SUI/SDI Tax | -0.74 | 0.74 |
| | **Other** | | |
| | Checking | -620.71 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $923.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 1.06 |

©1998, 2008 ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000010086
Pay date: 01/08/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $620.71 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 088 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JM001 | K2 | 0000020087 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 01/10/2010
Pay Date: 01/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 32.00 | 738.56 | 738.56 |
| Overtime | 34.6200 | 1.00 | 34.62 | |
| Prem Overtime | | | 2.42 | 2.42 |
| Prem Regular | | | 51.84 | 51.84 |
| Vacation | 23.0800 | 8.00 | 184.64 | 738.56 |
| Holiday | | | | 369.28 |
| Gross Pay | | | $1,012.08 | 1,935.28 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 2.12 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -101.81 | 190.29 |
| | Social Security Tax | -62.82 | 120.12 |
| | Medicare Tax | -14.69 | 28.09 |
| | PA State Income Tax | -31.07 | 59.41 |
| | Norristown B Income Tax | -10.12 | 19.35 |
| | PA SUI/SDI Tax | -0.81 | 1.55 |
| | **Other** | | |
| | Checking | -685.76 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,012.08

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

©2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000020087
Pay date: 01/15/2010

Deposited to the account of
ERIK J. WALKER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx1599 | xxxx xxxx | $685.76 |
| xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 058 |
|---|---|---|---|---|---|
| A2F | 063471 | 0JM001 | K2 | 0000040087 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 01/24/2010
Pay Date: 01/29/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 24.00 | 553.92 | 2,031.04 |
| Overtime | 34.6200 | 10.85 | 375.63 | |
| Holiday | 23.0800 | 8.00 | 184.64 | 553.92 |
| Prem Overtime | | | 9.14 | 14.95 |
| Prem Regular | | | 38.88 | 142.56 |
| Vacation | 23.0800 | 8.00 | 184.64 | 1,107.84 |
| Gross Pay | | | $1,346.85 | 4,309.03 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -251.63 | 612.66 |
| | Social Security Tax | -83.57 | 267.42 |
| | Medicare Tax | -19.54 | 62.54 |
| | PA State Income Tax | -41.35 | 132.29 |
| | Norristown B Income Tax | -13.47 | 43.09 |
| | PA SUI/SDI Tax | -1.08 | 3.45 |
| | **Other** | | |
| | Checking | -831.21 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 4.24 |

Your federal taxable wages this period are $1,346.85

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000040087
Pay date: 01/29/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $831.21 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO | FILE | DEPT. | CLOCK | VCHR NO. | 088 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JM001 | K2 | 0000050089 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 01/31/2010
Pay Date: 02/05/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

Social Security Number: XXX-XX-3840

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 2,954.24 |
| Overtime | 34.6200 | 3.97 | 137.44 | |
| Prem Overtime | | | 9.62 | 24.57 |
| Prem Regular | | | 64.80 | 207.36 |
| Holiday | | | | 553.92 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $1,135.06 | 5,444.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 5.30 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -197.78 | 810.44 |
| | Social Security Tax | -70.44 | 337.86 |
| | Medicare Tax | -16.48 | 79.02 |
| | PA State Income Tax | -34.85 | 167.14 |
| | Norristown B Income Tax | -11.35 | 54.44 |
| | PA SUI/SDI Tax | -0.91 | 4.36 |
| | **Other** | | |
| | Checking | -698.25 | |
| | Checking | -105.00 | |
| | **Net Pay** | $0.00 | |

Your federal taxable wages this period are
$1,135.06

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

©2006 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 0000050089
Pay date: 02/05/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $698.25 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 058 |
|---|---|---|---|---|---|
| A2F | 003471 | DJM001 | K2 | 0000060091 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 02/07/2010
Pay Date: 02/12/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3640

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 3,877.44 |
| Overtime | 34.6200 | 7.22 | 249.96 | |
| Prem Overtime | | | 17.50 | 42.07 |
| Prem Regular | | | 64.80 | 272.16 |
| Holiday | | | | 553.92 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $1,255.46 | 6,699.55 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -227.88 | 1,038.32 |
| | Social Security Tax | -77.91 | 415.77 |
| | Medicare Tax | -18.22 | 97.24 |
| | PA State Income Tax | -38.54 | 205.68 |
| | Norristown B Income Tax | -12.55 | 66.99 |
| | PA SUI/SDI Tax | -1.00 | 5.36 |
| | **Other** | | |
| | Checking | -774.36 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 6.36 |

Your federal taxable wages this period are
$1,255.46

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000060091
Pay date: 02/12/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $774.36 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

CO FILE DEPT CLOCK VCHR NO 056
A2F 003471 0JM001 K2 0000070088 1

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 02/14/2010
Pay Date: 02/19/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 32.00 | 738.56 | 4,616.00 |
| Overtime | 34.6200 | 3.58 | 123.94 | |
| Other | 23.0800 | 8.00 | 184.64 | |
| Prem Overtime | | | 8.68 | 50.75 |
| Prem Regular | | | 51.84 | 324.00 |
| Holiday | | | | 553.92 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $1,107.66 | 7,807.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 7.42 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -190.93 | 1,229.25 |
| | Social Security Tax | -68.74 | 484.51 |
| | Medicare Tax | -16.07 | 113.31 |
| | PA State Income Tax | -34.01 | 239.69 |
| | Norristown B Income Tax | -11.08 | 78.07 |
| | PA SUI/SDI Tax | -0.89 | 6.25 |
| | **Other** | | |
| | Checking | -680.94 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,107.66

©1998, 2006, ADP, Inc. All Rights Reserved

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000070088
Pay date: 02/19/2010

Deposited to the account of
ERIK J. WALKER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx1599 | xxxx xxxx | $680.94 |
| xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 089 |
|---|---|---|---|---|---|
| A2P | 003471 | 0JM001 | K2 | 0000080087 | 1 |

# Earnings Statement

ADP

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 02/21/2010
Pay Date: 02/26/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 32.00 | 738.56 | 5,354.56 |
| Overtime | 34.6200 | .42 | 14.54 | |
| Holiday | 23.0800 | 8.00 | 184.64 | 738.56 |
| Prem Overtime | | | 1.02 | 51.77 |
| Prem Regular | | | 51.84 | 375.84 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $990.60 | 8,797.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 8.48 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -161.66 | 1,390.91 |
| | Social Security Tax | -61.48 | 545.99 |
| | Medicare Tax | -14.38 | 127.69 |
| | PA State Income Tax | -30.41 | 270.10 |
| | Norristown B Income Tax | -9.91 | 87.98 |
| | PA SUI/SDI Tax | -0.79 | 7.04 |
| | **Other** | | |
| | Checking | -606.97 | |
| | Checking | -105.00 | |
| | **Net Pay** | $0.00 | |

Your federal taxable wages this period are $990.60

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

©2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000080087
Pay date: 02/26/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxxx1599 | xxxx xxxx | $606.97 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



CO FILE DEPT CLOCK VCHR NO 055
A2F 003371 0JM001 K2 0000090089 1

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 02/28/2010
Pay Date: 03/05/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3640

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0800 | 40.00 | 923.20 | 6,277.76 |
| Overtime | 34.6200 | 1.97 | 68.20 | |
| Prem Overtime | | | 4.77 | 56.54 |
| Prem Regular | | | 64.80 | 440.64 |
| Holiday | | | | 738.56 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $1,060.97 | 13,384.59 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.06 | 9.54 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -179.26 | 2,450.87 |
| | Social Security Tax | -65.85 | 830.25 |
| | Medicare Tax | -15.40 | 194.17 |
| | PA State Income Tax | -32.57 | 410.82 |
| | Norristown B Income Tax | -10.61 | 133.82 |
| | PA SUI/SDI Tax | -0.85 | 10.71 |
| | **Other** | | |
| | Checking | -651.43 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,060.97

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000090089
Pay date: 03/05/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | XXXXXXXXX1599 | XXXX XXXX | $651.43 |
| | xx0918 | XXXX XXXX | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO | FILE | DEPT | CLOCK | VCHR NO. | 085 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JM001 | K2 | 0000100089 | 1 |

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 03/07/2010
Pay Date: 03/12/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7700 | 40.00 | 950.80 | 7,228.56 |
| Overtime | 35.6550 | 7.53 | 268.48 | |
| Prem Overtime | | | 18.79 | 75.33 |
| Prem Regular | | | 66.40 | 507.04 |
| Holiday | | | | 738.56 |
| Vacation | | | | 1,107.84 |
| Gross Pay | | | $1,304.47 | 14,686.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.13 | 10.67 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -240.19 | 2,691.06 |
| | Social Security Tax | -80.95 | 911.20 |
| | Medicare Tax | -18.93 | 213.10 |
| | PA State Income Tax | -40.05 | 450.87 |
| | Norristown B Income Tax | -13.04 | 146.86 |
| | PA SUI/SDI Tax | -1.04 | 11.75 |
| | **Other** | | |
| | Checking | -805.27 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are
$1,304.47

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000100089
Pay date: 03/12/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxxx1599 | xxxx xxxx | $805.27 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR. NO. 060
A&F 003471 0JM001 K2 0000110087 1

# Earnings Statement

Period Ending: 03/14/2010
Pay Date: 03/19/2010

*JOHN MIDDLETON CO.*
*418 WEST CHURCH ROAD*
*KING OF PRUSSIA, PA 19406*

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7700 | 40.00 | 950.80 | 8,179.36 |
| Overtime | 35.6550 | 6.10 | 217.50 | |
| Prem Overtime | | | 15.22 | 90.55 |
| Prem Regular | | | 66.40 | 573.44 |
| Holiday | | | | 738.56 |
| Vacation | | | | 1,107.84 |
| **Gross Pay** | | | $1,249.92 | 15,935.98 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.13 | 11.80 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -226.49 | 2,917.55 |
| | Social Security Tax | -77.56 | 988.76 |
| | Medicare Tax | -18.14 | 231.24 |
| | PA State Income Tax | -38.37 | 489.24 |
| | Norristown B Income Tax | -12.50 | 159.36 |
| | PA SUI/SDI Tax | -1.00 | 12.75 |
| | **Other** | | |
| | Checking | -770.86 | |
| | Checking | -105.00 | |
| | **Net Pay** | $0.00 | |

Your federal taxable wages this period are
$1,249.92

©1998, 2005, ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000110087
Pay date: 03/19/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $770.86 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



03/31/2010 17:37 6102651482 JOHN MIDDLETON CO PAGE 12

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 088 |
|---|---|---|---|---|---|
| A2F | 003471 | 0JMOD1 | K2 | 0000120091 | 1 |

# Earnings Statement

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Period Ending: 03/21/2010
Pay Date: 03/26/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$5 Additional Tax
PA: N/A

ERIK J. WALKER
2302 RAHWAY AVE.
NORRISTOWN, PA 19401

Social Security Number: XXX-XX-3840

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7700 | 32.00 | 760.64 | 8,940.00 |
| Overtime | 35.6550 | 1.05 | 37.44 | |
| Prem Overtime | | | 2.62 | 93.17 |
| Prem Regular | | | 53.12 | 626.56 |
| Vacation | 23.7700 | 8.00 | 190.16 | 1,298.00 |
| Holiday | | | | 738.56 |
| Gross Pay | | | $1,043.98 | 16,979.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.13 | 12.93 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -175.01 | 3,092.56 |
| | Social Security Tax | -64.80 | 1,053.56 |
| | Medicare Tax | -15.16 | 246.40 |
| | PA State Income Tax | -32.05 | 521.29 |
| | Norristown B Income Tax | -10.44 | 169.80 |
| | PA SUI/SDI Tax | -0.83 | 13.58 |
| | **Other** | | |
| | Checking | -640.69 | |
| | Checking | -105.00 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,043.98

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREAS MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

JOHN MIDDLETON CO.
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

Advice number: 00000120091
Pay date: 03/26/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ERIK J. WALKER | xxxxxxxxx1599 | xxxx xxxx | $640.69 |
| | xx0918 | xxxx xxxx | $105.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE