Certificate Number: 05781-PAE-DE-011755675

Bankruptcy Case Number: 10-14790



05781-PAE-DE-011755675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2010, at 10:48 o'clock AM PDT, Erik Walker Sr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    July 24, 2010

By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President